1  BINGHAM MCCUTCHEN LLP
   DONALD DAVIDSON (SBN 231908)
2  KEVIN J. WOODS (SBN 214819)
   Three Embarcadero Center
3  San Francisco, CA 94111
   Telephone: 415-393-2000
4  Fax: 415-393-2286
   donald.davidson@bingham.com
5  kevin.woods@bingham.com

6

   *Of Counsel*
7  BINGHAM McCUTCHEN LLP
   MICHAEL D. BLANCHARD
8  One State Street
   Hartford, CT 06103-3178
9  T 860.240.2700
   F 860.240.2800
10 michael.blanchard@bingham.com

11 Attorneys for Defendants
   Wachovia Securities, LLC, Wachovia Securities
12 Financial Network, LLC, Wachovia Capital Markets,
   LLC, Wells Fargo Advisors, LLC, Wells Fargo
13 Advisors Financial Network, LLC, Wells Fargo
   Securities, LLC, Wells Fargo & Company

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

SAN FRANCISCO DIVISION

17

18

| | |
|---|---|
| 19 THEODORE KAGAN, JAMES AVEN, LAURA JACOBS, JOSEPH SOFFE, and ALBERKRACK FAMILY LIMITED PARTNERSHIP, on behalf 20 of themselves and all others similarly situated, | No. CV 09 5337 SC |
| 21 Plaintiffs, v. 22 WACHOVIA SECURITIES, LLC, a North 23 Carolina limited liability company; WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, a 24 North Carolina limited liability company; WACHOVIA CAPITAL MARKETS, LLC, a 25 North Carolina limited liability company; WELLS FARGO ADVISORS, LLC, a Delaware 26 limited liability company; WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC, a 27 Delaware limited liability company; WELLS FARGO SECURITIES, LLC, a Delaware limited 28 liability company; WELLS FARGO & | JOINT STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT WACHOVIA SECURITIES, LLC AND [PROPOSED] ORDER RE: DATES FOR FILING RESPONSIVE PLEADING AND FOR CASE MANAGEMENT CONFERENCE<br><br>Place: Courtroom 1<br>Judge: Hon. Samuel Conti |

A/73290297.1/3003050-0000343638

| | |
|---|---|
| 1  COMPANY, a Delaware corporation and DOES<br>    1 through 10, inclusive,<br>2<br>         Defendants.<br>3 | |

This Stipulation is entered into by and among plaintiffs Theodore Kagan, James Aven, Laura Jacobs, Joseph Soffa and Alberkrack Family Limited Partnership (collectively, "Plaintiffs"), on the one hand, and defendant Wachovia Securities, LLC ("Defendant"), on the other hand, with the following facts:

    A. Plaintiffs filed their Summons and Complaint in the above-captioned matter (the "Complaint") on or about November 10, 2009;

    B. Plaintiffs served their Complaint on Defendant Wachovia Securities, LLC on or about January 22, 2010;

    C. Plaintiffs have not yet served the Complaint on the other defendants in this action;

    D. A Joint Case Management Conference Statement is currently due by February 12, 2010;

    E. A Case Management Conference is currently set for February 19, 2010, at 10:00 a.m. in Courtroom #1;

    F. Plaintiffs and Defendant have met and conferred in good faith over the claims asserted in the Complaint.

**IT IS HEREBY STIPULATED AND AGREED as follows:**

1. Defendant's response to the Complaint is currently due Thursday, February 11, 2010.

2. A Case Management Conference is currently set for February 19, 2010, at 10:00 a.m. in Courtroom #1, and the Plaintiffs and Defendant's Joint Case Management Conference Statement is due by February 12, 2010.

1  3.  Defendants seek an extension of time to respond to the Complaint, to allow
2  Plaintiffs and Defendants to further discuss the issues presented in the Complaint, and potentially
3  narrow those issues. Defendants also seek additional time for preparation of the response to the
4  Complaint.
5  4.  Plaintiffs consent to granting Defendant an extension of time in which Defendant
6  must respond to the Complaint, of thirty (30) days. Subject to the Court's approval, Defendant
7  shall file its response to the Complaint on or before March 11, 2010.
8  5.  Plaintiffs and Defendant agree, subject to the Court's approval, to continue the
9  Case Management Conference to May 7, 2010, at 10:00 a.m. in Courtroom #1, and to file their
10  Joint Case Management Conference Statement by April 27, 2010.
11  //
12  //
13  //
14  //
15  //
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1      6.     Plaintiffs and Defendant have met and conferred in good faith over the claims asserted in the Complaint.

DATED: February 10, 2010        Bingham McCutchen LLP

By: _____
Donald S. Davidson
Michael D. Blanchard
Kevin J. Woods
Attorneys for Defendant
Wachovia Securities, LLC

DATED: February 9, 2010        Kabatech Brown Kellner LLP

By: _____
Alfredo Torrijos
Attorney for Plaintiffs

**IT IS SO ORDERED.**

Defendant shall file its response to the Complaint on or before March 11, 2010, the Case Management Conference is continued to May 7, 2010, at 10:00 a.m. in Courtroom #1, and the Joint Case Management Conference Statement is due by April 27, 2010.

DATED: February 11, 2010

_____
Ho[n.]
United S[tates District] Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

A/73290297.1/3003050-0000343638     4

JOINT STIPULATION AND [PROPOSED] ORDER RE: DATES FOR FILING RESPONSIVE PLEADING
AND FOR CASE MANAGEMENT CONFERENCE     CV 09 5337 SC