| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | DONALD DAVIDSON (SBN 231908) |
| 2 | KEVIN J. WOODS (SBN 214819) |
|   | Three Embarcadero Center |
| 3 | San Francisco, CA 94111 |
|   | Telephone: 415-393-2000 |
| 4 | Fax: 415-393-2286 |
|   | donald.davidson@bingham.com |
| 5 | kevin.woods@bingham.com |
| 6 | |
|   | *Of Counsel* |
| 7 | BINGHAM McCUTCHEN LLP |
|   | MICHAEL D. BLANCHARD |
| 8 | One State Street |
|   | Hartford, CT 06103-3178 |
| 9 | T 860.240.2700 |
|   | F 860.240.2800 |
| 10 | michael.blanchard@bingham.com |
| 11 | Attorneys for Defendants |
|    | Wachovia Securities, LLC, Wachovia Securities |
| 12 | Financial Network, LLC, Wachovia Capital Markets, |
|    | LLC, Wells Fargo Advisors, LLC, Wells Fargo |
| 13 | Advisors Financial Network, LLC, Wells Fargo |
|    | Securities, LLC, Wells Fargo & Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| THEODORE KAGAN, JAMES AVEN, LAURA JACOBS, JOSEPH SOFFE, and ALBERKRACK FAMILY LIMITED PARTNERSHIP, on behalf of themselves and all others similarly situated, | ) | No. CV 09 5337 SC |
| | ) | **JOINT STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS RE DATES FOR FILING RESPONSIVE PLEADING** |
| Plaintiffs, | ) | |
| v. | ) | |
| WACHOVIA SECURITIES, LLC, a North Carolina limited liability company; WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, a North Carolina limited liability company; WACHOVIA CAPITAL MARKETS, LLC, a North Carolina limited liability company; WELLS FARGO ADVISORS, LLC, a Delaware limited liability company; WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC, a Delaware limited liability company; WELLS FARGO SECURITIES, LLC, a Delaware limited liability company; WELLS FARGO & | ) | Place:   Courtroom 1<br>Judge:   Hon. Samuel Conti |

A/73308782.1/3003050-0000343638

| | |
|---|---|
| 1<br>2<br>3 | COMPANY, a Delaware corporation and DOES 1 through 10, inclusive,<br><br>Defendants. |

4   This Stipulation is entered into by and among plaintiffs Theodore Kagan, James
5   Aven, Laura Jacobs, Joseph Soffa and Alberkrack Family Limited Partnership (collectively,
6   "Plaintiffs"), on the one hand, and defendants Wachovia Securities, LLC, Wachovia Securities
7   Financial Network, LLC, Wachovia Capital Markets, LLC, Wells Fargo Advisors, LLC, Wells
8   Fargo Financial Network, LLC, Wells Fargo Securities, LLC and Wells Fargo & Company
9   (collectively, "Defendants"), on the other hand, with the following facts:

10   A. Plaintiffs filed their Summons and Complaint in the above-captioned matter
11   (the "Complaint") on or about November 10, 2009;
12   B. Plaintiffs served their Complaint on Defendants on or about January 22, 2010;
13   C. Defendants' response to the Complaint is currently due by Thursday, March
14   11, 2010.
15   D. A Joint Case Management Conference Statement is currently due by April 27,
16   2010;
17   E. A Case Management Conference is currently set for May 7, 2010, at 10:00
18   a.m. in Courtroom #1;
19   F. Plaintiffs and Defendants have met and conferred in good faith over the claims
20   asserted in the Complaint.

21   **IT IS HEREBY STIPULATED AND AGREED as follows:**

22   1. Defendants' response to the Complaint is currently due by Thursday, March 11,
23   2010.
24   2. A Case Management Conference is set for May 7, 2010, at 10:00 a.m. in
25   Courtroom #1, and the Plaintiffs' and Defendants' Joint Case Management Conference
26   Statement is due by April 27, 2010.
27
28

1    3.   Defendants seek a further extension of time to respond to the Complaint, to allow Plaintiffs and Defendants to further discuss the issues presented in the Complaint, and potentially narrow those issues. Defendants also seek additional time for preparation of the response to the Complaint.

4.   Plaintiffs consent to granting all Defendants an extension of time in which Defendants must respond to the Complaint. Subject to the Court's approval, all Defendants shall file their response to the Complaint on or before April 1, 2010.

5.   Plaintiffs and Defendants have met and conferred in good faith over the claims asserted in the Complaint.

DATED: March 4, 2010

Bingham McCutchen LLP

By: _____
Donald S. Davidson
Michael D. Blanchard
Kevin J. Woods
Attorneys for Defendants

DATED: March 2, 2010

Kabateck Brown Kellner LLP

By _____
Michael V. Storti
Attorney for Plaintiffs